<u>**UNPUBLISHED**</u>

**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**

_____

**No. 15-2016**

_____

WILLIAM SCOTT DAVIS, JR., next best friend of J.F.D., a
Minor Child,

                Plaintiff - Appellant,

      v.

ERIC CRAIG CHASSE, individually, and in His official
capacities as North Carolina State Judge representing the
State of North Carolina,

                Defendant - Appellee.

_____

**No. 15-2018**

_____

WILLIAM SCOTT DAVIS, JR., next best friend of J.F.D., a
minor child,

                Plaintiff - Appellant,

      v.

MICHELE JAWORSKI,

                Defendant - Appellee.

_____

**No. 15-2021**

_____

WILLIAM SCOTT DAVIS, JR., next best friend of J.F.D., a
Minor Child,

                Plaintiff - Appellant,

v.

SUSAN VICK, Attorney Advocate for the Wake County Guardian Ad Litem program Individually and in her official capacities; CHARLOTTE MITCHELL, Guardian Ad Litem Individually and in her official Capacities,

Defendants - Appellees.

_____

**No. 15-2023**
_____

WILLIAM SCOTT DAVIS, JR., Next best Friend to Natural Minor Child J.F.D,

Plaintiff - Appellant,

v.

WAKE COUNTY DEPARTMENT OF HUMAN SERVICES, Ramon Rajano, Warren Ludwig, John Tanner, Wake County Attorney's Office County Attorney, Wake County Attorney's Office Attorney, Albert J. Singer,

Defendant - Appellee.

_____

**No. 15-2024**
_____

WILLIAM SCOTT DAVIS, JR.,

Plaintiff - Appellant,

v.

TOWN OF CARY NORTH CAROLINA; TOWN OF CARY NORTH CAROLINA POLICE DEPARTMENT; MICHELLE SAVAGE, individually and in official capacity as a detective of the Cary North Carolina Police Department; GREGORY SAVAGE, individually and in official capacity as a police officer of the Cary North Carolina Police Department; SCOTT CUNNINGHAM, individually and in his official capacity as Chief of Police of the Cary

2

North Carolina Police Department; PAT BAZEMORE, individually and in his official capacity as Chief of Police of the Cary North Carolina Police Department, successor to Chief Scott Cunningham,

Defendants - Appellees.

_____

**No. 15-2025**

_____

WILLIAM SCOTT DAVIS, JR., next best friend of J.F.D., a minor child,

Plaintiff - Appellant,

v.

ALBERT J. SINGER,

Defendant - Appellee.

_____

**No. 15-2026**

_____

WILLIAM SCOTT DAVIS, JR.,

Plaintiff - Appellant,

v.

STATE OF NORTH CAROLINA, Governor Beverely Perdue, individually and in her official capacity as governor, and predecessor Mike Easley, individually and official capacity as governor; THE STATE OF NORTH CAROLINA DEPARTMENT OF HEALTH AND HUMAN SERVICES; WAKE COUNTY GOVERNMENT, David Cook individually, and in his official capacity as county manager of Wake County, North Carolina; WAKE COUNTY DEPARTMENT OF HUMAN SERVICES, a North Carolina Agency; Ramon Rajano, Warren Ludwig, John Tanner, Vanessa Clifton, Gaye Styron, Lillian Overton; WAKE COUNTY ATTORNEY'S OFFICE, a Wake County Government agency, attorney Scott Warren, Albert J. Singer, Melinda W. Cope, Elizabeth Clary; COUNTY HUMAN SERVICES BOARD, Chairman Mr. William L. (Bill) Stanford

3

individually and in his official capacity as chairman of the county human services board, of Wake County Department of Health and Human Services; DANIELLE DOYLE, Audrey Richardson, Lisa Sellers, Jan Magri, Peggy Wallace, Tammy Patterson, Allison Thompson, Sonji Carlton; SANDRICKA WILLIAMS, Barbara Pembroke, individually and in their official capacities as foster care mothers on behalf of Wake County, Department of Health and Human Services; MIKE COOK, Marie Blake, Tracey Wall, Nancy Dixon, individually and in official capacities as directing supervisor, case managers, and supervisors of Wake County Government child support enforcement on behalf of human services of Wake County, North Carolina,

        Defendants - Appellees.

-----

**No. 15-2027**

-----

WILLIAM SCOTT DAVIS, JR., next best friend of J.F.D., a Minor Child,

        Plaintiff - Appellant,

    v.

RICHARD CROUTHERMEL, individually, and in His official capacities as Wake County Attorney Advocate representing Wake County North Carolina Guardian Ad Litem Program,

        Defendant - Appellee.

-----

**No. 15-2029**

-----

WILLIAM SCOTT DAVIS, JR., next best friend of J.F.D., a minor child,

        Plaintiff - Appellant,

    v.

DANIELLE DOYLE, Child Protective Services, Social Worker of Wake County Human Services, of Cary North Carolina in her individual and official capacities; RAMON RAJANO, Director, Wake County Human Services of Raleigh, North Carolina in his individual and official capacities; DAVID COOKE, Manager, Wake County Government of Raleigh, North Carolina in his individual and official capacities; BEVERLY PERDUE, Governor, State of North Carolina in her official and individual capacities in County of Wake, City of Raleigh, North Carolina; ERIC CRAIG CHASSE, Judge, State of North Carolina in his official and individual capacities in the County of Wake, City of Raleigh, North Carolina; MONICA M. BOUSMAN, Judge, State of North Carolina in her official and individual capacities in the County of Wake, City of Raleigh, State of North Carolina; LORI CHRISTIANSON, Judge, State of North Carolina in her official and individual capacities in the County of Wake, City of Raleigh, State of North Carolina; VINSTON ROZIER, Judge, State of North Carolina in his official and individual capacities in the County of Wake, City of Raleigh, State of North Carolina; JAMES FULLWOOD, Judge, State of North Carolina in his official and individual capacities in the County of Wake, City of Raleigh, State of North Carolina; ROBERT B. RADAR, Judge, State of North Carolina in his official and individual capacities in the County of Wake, City of Raleigh, State of North Carolina; PAUL RIDGEWAY, Judge, State of North Carolina in his official and individual capacities in the County of Wake, City of Raleigh, State of North Carolina; DONALD STEPHENS, Judge, State of North Carolina in his official and individual capacities in the County of Wake, City of Raleigh, State of North Carolina; JOHN SMITH, Judge, State of North Carolina in his official and individual capacities in the County of Wake, City of Raleigh, State of North Carolina; ALBERT J. SINGER, Attorney, Wake County Human Services of Raleigh, North Carolina in his individual and official capacities as a Wake County Movement Employee in the State of North Carolina; BOARD OF DIRECTORS, Wake County Government in their seven individual and official capacities; MELANIE A. SHEKITA, Prosecutor ADA, Wake County in her individual and official capacities on behalf of the State of North Carolina; MICHELE SAVAGE, Detective, Wake County Law Enforcement Officer in her individual and official capacities as a Cary, North Carolina Police Officer for the Cary, North Carolina Police Department; SCOTT CUNNINGHAM, Chief of Police, Cary North Carolina Police Department of Wake County North Carolina; PAT BAZEMORE, Chief of Police, Cary North Carolina Police

Department of Wake County, North Carolina; IRVIN LEGGETT, Individually and in his official capacities as a Cary, North Carolina Police Law Enforcement Officer of Cary North Carolina; GREGORY SAVAGE, individually and in their official capacities as a Cary North Carolina Police Law Enforcement Officer of Cary, North Carolina; RON MARGIOTTA, Wake County Board of Education, Chairman of the Board, Individually and in his official capacity; DEL BURNS, Superintendent, Wake County Public School System, individual and official capacities; DONNA HARGENS, Dr., acting Superintendent Wake County Public School System, individually and in her official capacities; SHERRY SCHLIESSER, Principal, Wake County Public School System of Kingwood Elementary School, Cary North Carolina, Wake County, North Carolina; ELANE HOFFELT, Lead Secretary, Wake County Public School System of Kingwood Elementary School, Cary, North Carolina, Wake County, North Carolina; KRISTIE LEWIS, Counselor, Wake County Public School System of Kingwood Elementary School, Cary, North Carolina of Wake County, North Carolina,

Defendants - Appellees.

—————————

**No. 15-2030**

—————————

WILLIAM SCOTT DAVIS, JR.,

Plaintiff - Appellant,

v.

BARBARA PEMBROKE, individually and her official capacities as foster mother representing Wake County North Carolina,

Defendant - Appellee.

—————————

**No. 15-2031**

—————————

WILLIAM SCOTT DAVIS, JR.,

Plaintiff - Appellant,

6

v.

STATE OF NORTH CAROLINA, Governor Bev Perdue, Office of the Governor; WAKE COUNTY GUARDIAN AD LITEM PROGRAM; WAKE COUNTY DEPARTMENT OF HUMAN SERVICES; WAKE COUNTY ATTORNEY'S OFFICE; UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL, School of Medicine, Program on Childhood Trauma and Maltreatment, Nancy Berson; TOWN OF CARY NORTH CAROLINA; TOWN OF CARY NORTH CAROLINA POLICE DEPARTMENT; MICHELLE SAVAGE, individually and in official capacity as a detective of the Cary North Carolina Police Department,

                    Defendants - Appellees.

───────────────

**No. 15-2032**

───────────────

WILLIAM SCOTT DAVIS, II, and a "Minor J.F.D" as next best friend,

                    Plaintiff - Appellant,

          v.

STATE OF NORTH CAROLINA, "Pat McCory" individually and as Governor; WAKE COUNTY DEPARTMENT OF HUMAN SERVICES, "Ramon Rojano" individually and as Director; WAKE COUNTY N.C., FAMILY COURT, "Donald Steven" Chief Superior Court Judge 10th Judicial District of Wake County North Carolina individually and in his official capacities,

                    Defendants - Appellees.

───────────────

**No. 15-2034**

───────────────

WILLIAM SCOTT DAVIS, JR., and as next best friend J.F.D., a minor child,

                    Plaintiff - Appellant,

          v.

7

STATE OF NORTH CAROLINA; BEVERLY PURDUE, Governor; MELANIE A. SHEKITA; ERIC CRAIG CHASSE, individually as Governor of the State of North Carolina; ASSISTANT DISTRICT ATTORNEY FOR WAKE COUNTY, NORTH CAROLINA; JUVENILE STATE COURT JUDGES OF WAKE COUNTY FAMILY COURT OF NORTH CAROLINA, individually and in their official capacities; WAKE COUNTY GOVERNMENT OF NORTH CAROLINA; DAVID COOK, Wake County Manager; ALBERT J. SINGER, Wake County Attorney individually and in official capacity; SYDNEY J. BATCH, Wake County Attorney individually and in official capacity; RODGER ASKEW, Wake County Attorney individually and in official capacity; SCOTT WARREN, Wake County Attorney individually and in official capacity; ELIZABETH MCCLECRY, Wake County Attorney individually and in official capacity; WAKE COUNTY HUMAN SERVICES; WAKE COUNTY PUBLIC SCHOOL SYSTEM; U.N.C. SCHOOL OF MEDICINE PROGRAM ON CHILD HEART TREATMENT; CARY, NORTH CAROLINA POLICE DEPARTMENT; RAMON RAJENO, individually and in official capacity; DANIELLE DOYLE, individually and in official capacity; LISA SELLERS, individually and in official capacity; RON MISLIOTTA, individually and in official capacity; SHERRIE SCHISSER, individually and in official capacity; ELENN HOFFETT, individually and in official capacity; NANCEY BURSUN, individually and in official capacity; SCOTT CUNNINGHAM, individually and in official capacity; MICHELLE SAUCGE, individually and in official capacity; W. CILTS, S.W., Chairman, WCPSS, Principle, School Administrator, Child Evaluator; POLICE CHIEF; POLICE DETECTIVES,

Defendants - Appellees.

---

**No. 15-2035**

---

WILLIAM SCOTT DAVIS, II, and as next best friend J.F.D. a minor child,

Plaintiff - Appellant,

v.

STATE OF NORTH CAROLINA; BEVERLY PERDUE, individually and in her official capacity as governor of the State of North Carolina; MELANIE A. SHEKITA, individually and in her official capacity as assistant district attorney, Wake

8

County, North Carolina; LORI CHRISTONSON; MONICA BOUSMAN; ERIC CRAIG CHASSE, individually and in their official capacity as Wake County North Carolina Family Court Judges; TOWN OF CARY NORTH CAROLINA; CARY POLICE DEPARTMENT NORTH CAROLINA; PAT BAZEMORE, Chief of Police; SCOTT CHUNINHAM, Individually and in their official capacities as Chief; CARY POLICE DETECTIVE NORTH CAROLINA; GREGORY & MICHELLE SAVAGE, individually and in their official capacities as police officers; WAKE COUNTY, North Carolina Government; DIRECTOR DAVID COOK, individually and official capacity Director of Wake County Government; WAKE COUNTY, North Carolina County Attorney; SCOTT WARREN, Office Director, individually in his office capacity as County Attorney; ALBERT J. SINGER; RODGER ASKEW; ELIZABETH MCLARY, individually and in their official capacities as Wake Co. Government attorneys; WAKE COUNTY, North Carolina Department of Health & Human Services; RAMON RAJAO, individually and in his official capacity; WARREN LUDWIG; JOHN TANNER, of Wake County North Carolina Department of Health & Human Services child welfare protective services individually and in their official capacities as program director and intake manager directors; LISA SELLERS; DANILLE DOYLE; ADREY RICHARDSON; WANDA TURNER; JAN MASRI; TAMMY PATTERSON; ALLISON THOMPSON; SONDI CARLTON; SHENTA WHITEHEED, individually and in their official capacities as Child Protective Social Workers State Actors of Wake County, N.C. Department of Human Services; WAKE COUNTY, NC Guardian ad litem program; NAOMIE LIVINSTON; JANE VOLLARD; WENDY KIRWAN, individually and in their official capacities as County and State Directors, and Supervisor of the Wake County North Carolina Guardian ad litem program; WAKE COUNTY, N.C. Guardian DIAZ litem Advocate {Attornies}; HAL MORRIS; RICHARD CROUTHERMEL; SUSAN VICK; JANE DOE, individually and in their official capacities as Wake County GAL Attornies; CHARLOTTE MITCHELLE, GAL, individually & official capacity; WAKE COUNTY, N.C. Public School System; RON A. MISSLOT, Board of Director Chairman individually and in his official capacity; WAKE COUNTY, N.C. Public School Kinswood Elementary School Cary N.C.; SHERRY SCHISSER; ELAINE HOFFELT; KRISTINE LEWIS, individually and in their official capacities as Principle Head Administrator; school mental health counselor of Kinsewood Elementary School in Cary N.C.; SANDRA WILLIAM; BARBARA PEMBRORK, individually and in official capacity as foster care mothers; UNIVERSITY OF NORTH CAROLINA School of Medicine Program on Childhood Trauma & Maltreatment; DIRECTOR MARK EVERSON, individually and in his official capacity; NANCY BERSON, Employee UNC School of Medicine Program on Childhood Trauma &

9

Maltreatment Child and Family Evaluator individually and in her official capacity; COMMUNITY PSYCHOLOGICAL RESOURCE, JNC. LLC of Norfolk Va; DR. SUSAN GARVEY, Operator & Manager estate individually and in her official capacity as employee/contractor or the State of North Carolina & Wake County Human Service of North Carolina; STEPHANIE MOOTS; CAROLYN FAIR; AUDREY HAYES, of Hampton Department of Health and Human Services of Virginia Individually and in the official capacity as Social Worker Child Protective Service, ICPC, Health Family Partnership Intensive Parenting Program of Hampton, Virginia; SYDNEY J. BATCH; ROBIN STRICKLAN; AGEEL HAAS; DAVID DUKE; JAME HUNT; OLLIE TAYLOR; BRIAN DEMTOVICCI; ROBERT BROWN; RICHARD DURHAM; DEWY O'KELLY; ALLEN BRIONIS, individually and in official capacities as court appointed legal counsel,

Defendants - Appellees.

No. 15-2036

WILLIAM SCOTT DAVIS, JR.,

Plaintiff - Appellant,

v.

ANGEL HAAS, Attorney at law, and Individual,

Respondent - Appellee.

No. 15-2037

WILLIAM SCOTT DAVIS, JR.,

Plaintiff - Appellant,

v.

2WIRE INC.; DANA TURNER,

10

Defendants - Appellees.

---

**No. 15-2038**

---

WILLIAM SCOTT DAVIS, JR.,

Plaintiff - Appellant,

v.

WAKE COUNTY DEPARTMENT OF HUMAN SERVICES, Ramon Rajano, Warren Ludwig, John Tanner, Wake County Attorney's Office County Attorney and supervisor of the Wake County Attorney's Office Albert J. Singer; UNIVERSITY OF NORTH CAROLINA SCHOOL OF MEDICINE PROGRAM ON CHILDHOOD TRAUMA AND MALTREATMENT; DR. JOHN HELMINSKI; CAROLINA CARE AND COUNSELING, INC., Robert Aiello; DR. SUSAN GARVEY,

Defendants - Appellees.

---

**No. 15-2040**

---

WILLIAM SCOTT DAVIS, JR.,

Plaintiff - Appellant,

v.

TOWN OF CARY NORTH CAROLINA; HAROLD WEINBRECHT, Mayor; STATE OF NORTH CAROLINA; WAKE COUNTY PUBLIC SCHOOL SYSTEM; MRS. PATTI HEAD; NORTH CAROLINA DEPARTMENT OF HEALTH & HUMAN SERVICES, Wake County Human Services; ALBERT SINGER, Wake County North Carolina County Attorney; TRIANGLE FAMILY SERVICES; MILES WRIGHT, Interim CEO,

Defendants - Appellees.

11

No. 15-2043

WILLIAM SCOTT DAVIS, JR.,

              Plaintiff - Appellant,

         v.

ATTORNEY JAMES A. HUNT,

              Defendant - Appellee.

No. 15-2044

WILLIAM SCOTT DAVIS, JR.,

              Plaintiff - Appellant,

         v.

ATTORNEY RICHARD DURHAM,

              Defendant - Appellee.

No. 15-2045

WILLIAM SCOTT DAVIS, JR.,

              Plaintiff - Appellant,

         v.

SCOTT L. WILKINSON,

              Defendant - Appellee.

12

**No. 15-2110**

WILLIAM SCOTT DAVIS, JR., and a minor JFD as next best friend,

        Plaintiff - Appellant,

    v.

MICHELLE JOY JAWORSKI; MELANIE A. SHEKITA; JEFF FORD; TONY BELL; UNITED STATES DEPARTMENT OF STATE,

        Defendants - Appellees.

Appeals from the United States District Court for the Eastern District of Virginia, at Newport News.  Rebecca Beach Smith, Chief District Judge.  (4:11-cv-00020-RBS-DEM; 4:11-cv-00019-RBS-DEM; 4:11-cv-00009-RBS-DEM; 4:11-cv-00008-RBS-DEM; 4:11-cv-00006-RBS-DEM; 4:11-cv-00012-RBS-DEM; 4:11-cv-00011-RBS-DEM; 4:11-cv-00017-RBS-DEM; 4:11-cv-00014-RBS-DEM; 4:11-cv-00016-RBS-DEM; 4:11-cv-00015-RBS-DEM; 4:13-cv-00055-RBS-DEM; 2:11-cv-00571-RBS-TEM; 2:11-cv-00500-RBS-TEM; 4:09-cv-00142-RBS-JEB; 4:09-cv-00113-RBS-JEB; 4:11-cv-00010-RBS-DEM; 4:08-cv-00038-RBS-JEB; 4:11-cv-00004-RBS-DEM; 4:11-cv-00007-RBS-DEM; 4:11-cv-00005-RBS-DEM; 4:13-cv-00063-RBS-DEM)

Submitted:  February 25, 2016    Decided:  February 29, 2016

Before SHEDD and HARRIS, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

William Scott Davis, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated appeals, William Scott Davis, Jr., appeals the district court's orders denying his motion to reopen 22 closed civil cases. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Davis v. Chasse, No. 4:11-cv-00020-RBS-DEM (E.D. Va. July 16, 2015). We deny Davis' motions to remand and motions for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

14